DARRYL J. HOROWITT #100898
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
BRAND X NETWORKS, INC.

FILED
2005 JUN -3 P 3:54
CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| BRAND X NETWORKS, INC., | NO. CIV-F-04-5199 OWW LJO |
| Plaintiff(s), | |
| v. | [~~PROPOSED~~] JUDGMENT |
| PACIFIC INTERNET LLC, a Nevada Limited Liability Company, doing business as HAWAIIAN INTERNET PROVIDERS, INC., | |
| Defendant(s). | |

The Amended Application of Plaintiff, BRAND X NETWORKS, INC., for a judgment against Defendant, PACIFIC INTERNET LLC, a Nevada Limited Liability Company, dba HAWAIIAN INTERNET PROVIDERS, INC., came on for hearing pursuant to application brought pursuant to Code of Civil Procedure § 664.6.

Plaintiff, having shown to the satisfaction of the court that a written settlement agreement was entered into between Plaintiff and Defendant, and proof further being shown that Defendant has breached the terms of the written settlement agreement, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff, BRAND X NETWORKS, INC., shall recover from Defendant, PACIFIC INTERNET LLC, dba

*Brand X Networks, Inc. v.*
*Hawaiian Internet Providers, Inc., etc.*
Case No. CIV-F-04-5199 OWW LJO

HAWAIIAN INTERNET PROVIDERS, INC., the principal sum of $12,500.00, together with interest at the rate of 10% per annum ($3.42 per day) from June 2, 2004, through March 21, 2005, in the amount of $998.64, and accruing thereafter at the daily rate of $3.42 until entry of judgment and continuing thereafter until paid in full; and attorneys' fees in the sum of $1,679.50; for a total amount of $15,178.14.

The clerk of this court is ordered to enter judgment accordingly.

Dated: 6-2-05

_____
OLIVER W. WANGER, JUDGE
UNITED STATES DISTRICT COURT