**UNITED STATES DISTRICT COURT**
*EASTERN DISTRICT OF CALIFORNIA*

Attorney or Party Without Attorney *(Name and Address)*: Telephone No.: (559) 248-4820
[X] Recording requested by and return to:
DARRYL J. HOROWITT
COLEMAN & HOROWITT, LLP
499 W. Shaw Avenue, Suite 116
Fresno, CA 93704
[X] Attorney For   [X] Judgment Creditor   [ ] Assignee of Record

**ISSUED**

Case Number: CIV-F-04-5199 OWW LJO

Plaintiff: BRAND X NETWORKS, INC.

Defendant: PACIFIC INTERNET LLC, a Nevada Limited Liability Company, doing business as HAWAIIAN INTERNET PROVIDERS, INC.

## ABSTRACT OF JUDGMENT

1. [X] Judgment creditor   [ ] Assignee of record
   applies for an abstract of judgment and represents the following:
   e. Appeals when taken
   f. Appellate Court Judgment

   a. Judgment debtor's
      Name and last known address
      PACIFIC INTERNET LLC, a Nevada Limited
      Liability Company, doing business as
      HAWAIIAN INTERNET PROVIDERS, INC.
      c/o Jay Kokora
      P.O. Box 301, Kilauea, HI 96754

   b. Driver's license no. & state:   [X] unknown
   c. Social Security no.:   [X] unknown
   d. Summons was personally served at or mailed to *(address)*: 1 Blackfield Dr. #147, Tiburon, CA 94920

   [ ] Information regarding additional judgment debtors is shown on the reverse.
   Date: June 15, 2005

   DARRYL J. HOROWITT
   *(TYPE OR PRINT NAME)*                    *(SIGNATURE OF APPLICANT OR ATTORNEY)*

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.

3. Judgment creditor *(name and address)*:
   BRAND X NETWORKS, INC.
   2511 West Shaw Ave., Suite 102
   Fresno, CA 93711

4. Judgment debtor *(full name as it appears in judgment)*:
   PACIFIC INTERNET LLC, a Nevada Limited
   Liability Company, doing business as
   HAWAIIAN INTERNET PROVIDERS, INC.

   Jack L. Wagner, Clerk

   by: **W. HINMAN**
   Deputy Clerk

   6·16·05
   Date Issued

5. a. Judgment entered *(date)*: June 3, 2005
   b. Renewal entered *(date)*:
   c. Renewal entered *(date)*:

6. Total amount of judgment as entered or last renewed:
   $15,427.80 (includes interest)

7. [ ] An [ ] execution [ ] attachment lien is endorsed
   on the judgment as follows:
   a. amount: $
   b. in favor of *(name and address)*:

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until *(date)*:

9. [ ] This is an installment judgment.

**ABSTRACT OF JUDGMENT**                                         EDC-186